**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CYNTHIA McCLELLON,

    Plaintiff,

v.                                                 Case No. 3:21-cv-993-TJC-MCR

GM EXPEDITE, LLC and
STEPHEN A. JOHNSON,

    Defendants.

## **ORDER**

Upon review of the file, including the parties' Joint Notice of Trial Availability and Request for Updated Scheduling Order (Doc. 71), it is hereby

**ORDERED**:

1. No later than **June 6, 2025**, the parties shall file a notice to advise whether they will consent to having a Magistrate Judge conduct the jury selection.

2. No later than **August 19, 2025**, the parties shall file an amended pretrial statement and updated witness and exhibit lists. As the Court intimated it might do at the October 24, 2024 status conference, the boilerplate and error-ridden motions in limine, none of which include a conferral certification as required by Local Rule 3.01(g) (Docs. 47, 48, 49, 51, 52), are **stricken**. Any well-taken motions in limine specific to this case with

appropriate 3.01(g) conferral certifications may be filed no later than **August 19, 2025**. Responses to any motions in limine shall be filed no later than **September 3, 2025**.

3. No later than **September 3, 2025**, the parties shall file their proposed jury instructions and verdict forms.

4. The undersigned will hold a final pretrial conference on **September 11, 2025** at **11:00 a.m.** At the final pretrial conference, the Court will, inter alia, review the pretrial statement, and witness and exhibit lists with the parties; hear argument on motions in limine as necessary; provide instructions regarding exhibits; and set deadlines for filing proposed voir dire and proposed brief statements of the nature of the case to be read to the venire.

5. Trial will begin on **Monday, October 6, 2025** at **9:00 a.m.**

6. All proceedings will take place in the Bryan Simpson United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.

7. All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02.

8. **Because of the difficulty in scheduling this case, the trial will not be continued absent a true emergency.**

9. The Clerk is directed to lift the administrative closure and return this case to the active docket.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of May, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:

Counsel of Record