UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CYNTHIA McCLELLON,

    Plaintiffs,

v.                                              Case No. 3:21-cv-00993

GM EXPEDITE, LLC AND STEPHEN A. JOHNSON,

    Defendants.

_____

## JOINT REQUESTED AMENDED SCHEDULING ORDER

The parties jointly request an amended scheduling order to allow both parties time for further discovery. The parties ***do not*** seek to change any of the trial deadlines set by this Court in its May 14, 2025, Order (Doc. 72).

## INTRODUCTION

This Court has "broad discretion over the management of pre-trial activities, including discovery and scheduling." *Morris v. Lincare, Inc.*, No. 8:22-cv-2048-CEH-AAS, 2023 U.S. Dist. LEXIS 206052, at *5 (M.D. Fla. 2023) (*Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)); *Byron v. Avant Healthcare Pros., LLC*, No. 6:23-cv-1645-WWB-LHP, 2024 U.S. Dist. LEXIS 45785, at *2 (M.D. Fla. 2024). Here, since the close of discovery and during the pendency of the parties' mediation and settlement efforts, Plaintiff has undergone additional medical treatment and was notified of a change in her financial status with the Social Security Administration. The parties have met and conferred and agree a limited additional period of discovery that will not alter trial deadlines will enhance and expedite the trial

presentations for both Plaintiff and Defendants and provide "…a full and accurate understanding of the true facts, and therefore embody a fair and just result." *Parsons v. Anheuser-Busch Cos.*, No. 3:09-cv-584-J-25MCR, 2010 U.S. Dist. LEXIS 36277, at *5 (M.D. Fla. 2010) (citing *United States v. Proctor & Gamble Co.*, 356 U.S. 677, 682 (1958)).

Therefore, in accordance with this Court's May 14, 2025, Order granting the party's Joint Notice of Trial Availability and Request for Updated Scheduling Order (Doc. 72), the parties request that the Court enter the below Updated Scheduling Order, reflecting the following dates, which are consistent with the October 6, 2025, trial date and other deadlines set by the Court.

1. **Deadlines and Dates**

   The parties jointly request the following deadlines and dates:

| Action or Event | Date |
| --- | --- |
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 4/4/2022 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 6/15/2022 |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | 6/1/2025 |
| Defendant's deadline for disclosing any expert report. | 7/1/2025 |
| Deadline for disclosing any rebuttal expert report. | 7/15/2025 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 8/1/2025 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | N/A |

| | |
|---|---|
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. | 8/1/2025 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br>Thomas Kane, 1060 Maitland Center Commons, Suite 440, Maitland, FL 32751; 407-661-1123 | 10/19/2022 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 8/15/2025 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 8/19/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 9/11/2025 |
| Month and year of the trial term. | 10/6/2025 |

Respectfully Submitted,

*/s/ E. Kirk Wood*  
E. Kirk Wood  
Counsel for Plaintiff McClellon  
5/27/2025

*/s/ Michael E. Gurley*  
Michael E. Gurley  
Counsel for Plaintiff McClellon  
5/27/2025

*/s/ U.W. Clemon*  
U.W. Clemon  
Counsel for Plaintiff McClellon  
5/27/2025

*/s/ Joseph Goldberg*  
Joseph Goldberg  
Counsel for GM Expedite, LLC  
5/27/2025

*/s/ Samuel Basch*  
Samuel Basch  
Counsel for GM Expedite, LLC  
5/27/2025

*/s/ Brian L. Harvell*  
Brian L. Harvell  
Counsel for Stephen A. Johnson  
5/27/2025