UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA McCLELLON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GM EXPEDITE, LLC; and | ) | Civil Action No.: 3:21-cv-00993 |
| STEPHEN A. JOHNSON, | ) | |
| | ) | |
| Defendants | ) | |

## RESPONSE TO ORDER OF MAY 14, 2025

Plaintiff, Cynthia McClellon, in response to this Honorable Court's Order of May 14, 2025, hereby advises the Court of her consent to having a Magistrate Judge conduct the jury selection.

Respectfully submitted this  6th  day of June, 2025.

                                                    By:   */s/ E. Kirk Wood*
                                                            E. KIRK WOOD (#831816)
                                                             Attorney for Plaintiff

**OF COUNSEL:**

**E. KIRK WOOD**
**U.W. CLEMON**
**MICHAEL E. GURLEY, JR.**
**WOOD LAW FIRM, LLC**
981 Highway 98 E., Suite 3285

Destin, FL 32541
Telephone: (205) 612-0243
Facsimile: (866) 747-3905
kirk@woodlawfirmllc.com
mgurleyjr@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this  6th  day of June, 2025, electronically filed and/or mailed a copy of the foregoing to the following:

Joseph Goldberg, Esq.
Antwon Emery, Esq.
Yvonne Gomez, Esq.
Cole, Scott & Kissane, P.A.
9150 South Dadeland Blvd., Suite 1400
P. O. Box 569015
Miami, FL 33256
joe.goldberg@csklegal.com
antwon.emery@csklegal.com
yvonne.gomez@csklegal.com

Richard L. Barry, Esq.
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
Rich.Barry@gray-robinson.com

Christopher M. McShane, Esq.
Resnick & Louis, P.C.
444 Brickell Avenue, Suite 300
Miami, FL 33131
cmcshane@rlattorneys.com
mldelpino@rlattorneys.com
vhuff@rlattorneys.com
agarcia@rlattorneys.com

Aaron Wiseley, Esq.
Holmes & Wiseley, P.C.
2090 Celebration Drive NE, Suite 202
Grand Rapids, MI 49525
Email:  awiseley@holmeswiseley.com

                                           /s/ *E. Kirk Wood*
                                           E. Kirk Wood