UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CYNTHIA MCCLELLON,

    Plaintiff,

v.

                                        CASE NO. 3:21-cv-993-TJC-MCR

GM EXPEDITE, LLC and
STEPHEN A. JOHNSON,

    Defendants.
_____/

## GM EXPEDITE'S RESPONSE TO ORDER OF MAY 14, 2025

Defendant, GM EXPEDITE, LLC, by and through undersigned counsel, files this response to this Court's Order of May 14, 2025 advising the Court of their consent to having a Magistrate Judge conduct the jury selection.

Dated: September 18, 2024        /s/ *Richard L. Barry*
                                              **RICHARD L. BARRY, ESQUIRE**
                                              Florida Bar No. 360650
                                              richard.barry@gray-robinson.com
                                              GRAY | ROBINSON, P.A.
                                              301 East Pine Street, Suite 1400
                                              Orlando, Florida 32802
                                              Telephone: (407) 843-8880
                                              Facsimile: (407) 244-5690

                                              - and –

**ANTWON M. EMERY, ESQUIRE**
Florida Bar No. 32542
antwon.emery@csklegal.com
COLE, SCOTT & KISSANE, P.A.
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone: (786) 268-6712
Facsimile: (305) 373-2294

*Co-Counsel for GM Expedite, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Richard L. Barry*
Richard L. Barry
