UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CYNTHIA MCCLELLON,

    Plaintiff,

v.                                                     CASE NO. 3:21-cv-993-TJC-MCR

GM EXPEDITE, LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Notice of Production From Non-Party ("Notice") (Doc. 83). Discovery materials "must not be filed until they are used in the proceeding or the court orders filing." Fed. R. Civ. P. 5(d)(1). Because the Court has not ordered Defendant to file these discovery materials and it does not appear that filing is necessary at this time, the filing is due to be stricken. Counsel should ensure that such discovery materials are not routinely filed in the future.

Accordingly, it is **ORDERED**:

The Notice (**Doc. 83**) is **STRICKEN** without prejudice to filing at a later time if necessary.

2

**DONE AND ORDERED** in Jacksonville, Florida, on June 25, 2025.

*[signature]*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record