UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CYNTHIA McCLELLON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 3:21-cv-00993 |
| | ) |
| GM EXPEDITE, LLC; and | ) |
| STEPHEN A. JOHNSON, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S MOTION TO STRIKE
DEFENDANTS' MOTIONS IN LIMINE**

Plaintiff, CYNTHIA McCLELLON, hereby moves this Court for an order striking Defendants' Motions in Limine (Docs. 91, 92, 93, 94, and 95), based on the Defendants' blatant non-compliance with Local Rule 3.01(g) of this Court.[1] In support of this Motion, Plaintiff would show the following facts and circumstances.

1. In the last hour of August 19, 2025, Defendant GM Expedite filed a

---

[1] The Rule provides:
    (g). DUTY TO CONFER IN GOOD FAITH
        (1) *Duty.* Before filing a motion in a civil action, … the movant must confer with the opposing party in a good faith effort to resolve the motion.
        (2) *Certification.* At the end of the motion and under the heading "Local Rule 3.01(g) Certification," the movant
            (A) must certify that the movant has conferred with the opposing party,
            (B) must state whether the parties agree on the resolution of all or part of the motion, and
            © if the motion is opposed, must explain the means by which the conference occurred.

1

Motion in Limine Regarding Medical Bills, and Defendant Stephen Johnson joined the motion. Docs. 91, 92. The Motion did not include a conferral certification as required by Local Rule 3.01(g)(2). *Id.*

2. Likewise, on August 19, 2025, the Defendants GM Expedite and Stephen Johnson filed a Joint Motion in Limine on Insurance, a Motion in Limine on Evidence of Possibilities, and a Motion in Limine Regarding Evidence of Liability. Docs. 93, 94, and 95. Neither of those motions included a conferral certification as required by Local Rule 3.01(g)(2). *Id.*

3. Prior to filing each of these motions in limine, Defendants' counsel did not confer with Plaintiff's counsel concerning the motion, as required by Local Rule 3.01(g) ((1).

4. In its Order of May 14, 2025, this Court struck Defendants' then pending motions in limine, noting that "none of which include a conferral certification as required by Local Rule 3.01(g)." Doc. 72, p. 1 ¶ 2.

5. The deadline for the filing of motions in limine in this case expired on August 19, 2025. *Id.*

WHEREFORE, Plaintiff moves the Court to strike the Defendants' motions in limine filed on August 19, 2025.

Respectfully submitted,

*/s/ E. Kirk Wood*
E. Kirk Wood

2

                                              */s/ Michael E. Gurley*
                                              Michael E. Gurley

                                              */s/ U.W. Clemon*
                                              U.W. Clemon

                                              Counsel for Plaintiff

## Local Rule 3.01(g) Certification

I hereby certify that I have conferred electronically and by phone with counsel for both Defendants concerning the foregoing Motion to Strike; and that they do not agree and are opposed to the striking of their motions in limine.

                                              */s/ E. Kirk Wood*
                                              E. Kirk Wood

                                              Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this  22nd  day of August, 2025, electronically filed and/or mailed a copy of the foregoing to the following:

Joseph Goldberg, Esq.
Antwon Emery, Esq.
Cole, Scott & Kissane, P.A.
9150 South Dadeland Blvd., Suite 1400
P. O. Box 569015
Miami, FL 33256
joe.goldberg@csklegal.com
antwon.emery@csklegal.com
yvonne.gomez@csklegal.com

Richard L. Barry, Esq.
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
Rich.Barry@gray-robinson.com

Christopher M. McShane, Esq.
Resnick & Louis, P.C.
444 Brickell Avenue, Suite 300
Miami, FL 33131
cmcshane@rlattorneys.com
mldelpino@rlattorneys.com
vhuff@rlattorneys.com
agarcia@rlattorneys.com

          /s/ *E. Kirk Wood*
          E. Kirk Wood