UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CYNTHIA MCCLELLON,

    Plaintiff,

v.                                                                  CASE NO. 3:21-cv-993-TJC-MCR

GM EXPEDITE, LLC and
STEPHEN A. JOHNSON,

    Defendants.
_____/

## NOTICE OF TRIAL CONFLICT

Defendant, GM EXPEDITE, LLC ("GM Expedite"), by and through its undersigned counsel, files this Notice of Trial Conflict and states as follows:

1. Pursuant to the Order, dated May 14, 2025, entered by The Honorable Timothy J. Corrigan, set this case for trial beginning October 6, 2025.

2. GM Expedite's lead trial counsel has a conflict with the October 6, 2025 trial date due to his role as lead trial counsel for the Defendant in *Janis Stafford v. Planet Hollywood (Orlando), LLC d/b/a Chicken Guy!* (Orange County Circuit Court Case No. 2024-CA-002766-O), pursuant to the Order Setting Jury Trial and Directing Pre-Trial Procedure, dated December 30, 2024, entered by The Honorable Margaret H. Schreiber.

3. GM Expedite's lead trial counsel has a conflict with the October 6, 2025 trial date due to his role as lead trial counsel for the Defendant in *Janella Alfonso v. Citizens Property Insurance Corporation* (Miami-Dade County Circuit Court Case No. 2020-022394-CA-01), pursuant to the Uniform Order Setting Cause for Live/In-Person Jury Trial, dated January 23, 2025, entered by The Honorable Reemberto Diaz.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Richard L. Barry*
**RICHARD L. BARRY, ESQUIRE**
Florida Bar No. 360650
richard.barry@gray-robinson.com
GRAY | ROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32802
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

- and –

**ANTWON M. EMERY, ESQUIRE**
Florida Bar No. 32542
antwon.emery@csklegal.com
COLE, SCOTT & KISSANE, P.A.
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone: (786) 268-6712
Facsimile: (305) 373-2294

*Co-Counsel for GM Expedite, LLC*

/142532/2#64505247 v1