**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CYNTHIA MCCLELLON,

    Plaintiff,

v.

Case No. 3:21-cv-993-TJC-MCR

GM EXPEDITE, LLC and
STEPHEN A. JOHNSON,

    Defendants.

## **O R D E R**

On March 31, 2025, the parties filed a Joint Notice of Trial Availability and Request for Updated Scheduling Order. Doc. 71. The joint notice requested trial be scheduled either the week of October 6, 2025, or October 27, 2025.

By its May 14, 2025, Order the Court set the trial to begin on October 6, 2025, and informed the parties "**Because of the difficulty in scheduling this case, the trial will not be continued absent a true emergency.**" Doc. 72.

By its May 28, 2025, Order the Court reminded the parties that "the deadlines set forth in the Court's May 14, 2025 Order . . . remain firm . . . ." Doc. 74.

By its July 7, 2025, Order the Court set jury selection for October 3, 2025, "barring any true conflict (which must be brought to the undersigned's attention via motion no later than **July 21, 2025**)." Doc. 87.

Lead counsel for GM Expedite LLC has now filed a Notice of Trial Conflict, Doc. 106. The notice indicates counsel has two trial conflicts, and both conflicts were present when he told this Court he was available for trial the week of October 6, 2025. And, even if the Court had not directed a conflict be addressed by motion, the notice of conflict is improper under Local Rule 3.08(c).

Accordingly, it is hereby

**ORDERED:**

1. The Notice of Trial Conflict, Doc. 106, is **STRICKEN**.

2. The Case Deadlines set forth in the Court's May 14, 2025, Order, Doc. 72, are **UNCHANGED**.

3. Trial counsel is required to attend the Final Pretrial Conference **In PERSON** on **September 11, 2025, at 11:00 a.m**.

**DONE AND ORDERED** in Jacksonville, Florida the 4th day of September, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record

2