## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CYNTHIA McCLELLON,

     Plaintiff,

                              Case No. 3:21-cv-993-TJC-MCR

v.

GM EXPEDITE, LLC and
STEPHEN A. JOHNSON,

     Defendants.

_____

## O R D E R

On October 30, 2025, Plaintiff Cynthia McClellon filed a Motion for the Clerk to Tax Costs (Doc. 144). Ms. McClellon's Motion follows the jury verdict rendered in her favor on October 8, 2025 (Doc. 138) and the final judgment entered on October 16, 2025 (Doc. 139), jointly and severally against Defendants GM Expedite, LLC and Stephen A. Johnson, in the amount of $6,500,000.00, plus post-judgment interest at the rate provided by 28 U.S.C. § 1961. Defendants have not filed a response, and according to Middle District of Florida Local Rule 3.01(d), the deadline to do so has passed. Thus, the Court treats Ms. McClellon's Motion as unopposed.

Ms. McClellon seeks to recover certain costs as the prevailing party in this case. Federal Rule of Civil Procedure 54(d)(1) provides that "[u]nless a federal statute, these rules, or a court order provides otherwise, costs—other

than attorney's fees—should be allowed to the prevailing party." The decision to award costs is within the Court's discretion. <u>Marx v. Gen. Rev. Corp.</u>, 568 U.S. 371, 377 (2013). Allowable costs are those enumerated in 28 U.S.C. § 1920. <u>See</u> <u>Maris Distrib. Co. v. Anheuser-Busch, Inc.</u>, 302 F.3d 1207, 1225 (11th Cir. 2002).

Ms. McClellon seeks $6,553.72 in costs, delineated as follows: $702.00 for fees of the Clerk, $4,439.92 for service of summons and subpoena, $116.00 in printing fees, $272.67 in witness fees, and $1,023.13 in fees for exemplification and the costs of making materials, in addition to post-judgment interest. (Doc. 144-1). In support of these costs, Ms. McClellon has submitted a Bill of Costs (<u>Id.</u>), an itemized list of witness fees (<u>Id.</u>), and copies of invoices, receipts, and checks (Doc. 144-2). These costs are allowable under 28 U.S.C. § 1920.

Accordingly, it is hereby

**ORDERED**:

Plaintiff Cynthia McClellon's Motion for the Clerk to Tax Costs (Doc. 144) is **GRANTED**. The Clerk shall enter a costs judgment in favor of Plaintiff Cynthia McClellon and against Defendants GM Expedite, LLC and Stephen A. Johnson, in the amount of $6,553.72. Post-judgment interest will accrue at the statutory rate set forth in 28 U.S.C. § 1961. The file should be closed.

**DONE AND ORDERED** in Jacksonville, Florida the 19th day of November, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record